# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| Jonathon Cartwright, | ) | |
| Movant, | ) | |
| vs. | ) | No. 05-3079-CV-S-FJG |
| United States of America, | ) | Crim. No. 03-3150-01-CR-S-FJG |
| Respondent. | ) | |

## ORDER

Pending before this Court is movant's motion for reconsideration (Doc. #10), filed July 18, 2005, and the government's response thereto (Doc. #11), filed September 2, 2005. Movant's pending motion shall be considered a motion for leave to file a reply out of time, and is granted. Movant shall file his reply to the government's answer showing cause why movant is not entitled to any relief under 28 United States Code § 3255 (Doc. #6), filed May 10, 2005, no later than September 30, 2005.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: September 12, 2005
Kansas City, Missouri